IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DEMETRICE MICHAEL LAWSON,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 3:18-cv-00075-CAR-CHW |
| : | |
| **Officer A. WILES,** *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER OF DISMISSAL

Plaintiff Demetrice Michael Lawson, a prisoner in the Oglethorpe County Jail in Lexington, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. Compl., ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Thereafter, correspondence from this Court to Plaintiff at the Oglethorpe County Jail – the only address of record – was returned to the Court as undeliverable. Mail Returned, June 27, 2018, ECF No. 5.

Because Plaintiff's failure to immediately notify the Clerk of Court of a change of address constituted a failure to prosecute his claims, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to keep the Court apprised of his current address. Order to Show Cause, ECF No. 6. Plaintiff was given twenty-one days to respond and was cautioned that his failure to do so would result in the dismissal of this action. *Id.*

To date, Plaintiff has failed to respond to the Order to Show Cause, and the order was returned to this Court as undeliverable. Mail Returned, ECF No. 7. Thus, because

Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, this action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 23rd day of August, 2018.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT